THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN K. MOFFETT, Appellant, against SPENCER E. BATES et al., Constituting the State Tax Commission, Respondents.

Argued May 23, 1950; decided June 2, 1950.

598

*Ethan A. Hitchcock* and *Lee McCanliss* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.